FILED

2026 Jul-21  PM 04:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

# IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

Dustin Tyler James,  )

Plaintiff,  )

 )

 )  CASE NO.: CV-2026-64

v.  )

GAMING OPERATIONS, d/b/a STAKE.US,  )

SWEEPSTAKES LIMITED, and BREEZE,  )

Defendants.  )

## APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS (FEE WAIVER)

I, Dustin Tyler James, being duly sworn, state as follows under penalty of perjury:

### 1. PERSONAL INFORMATION

**FILED**

**APR 14 2026**

MAGARIA H. BOBC
CIRCUIT CLERK & REGISTER

| | |
|---|---|
| **Full Name:** | Dustin Tyler James |
| **Address:** | 4105 41st Ave, Northport, Alabama 35473 |
| **County of Residence:** | Tuscaloosa County, Alabama |
| **Email:** | dustinjames@nextaitrust.com |

### 2. EMPLOYMENT AND INCOME

Current employment status: Disabled — receiving Social Security Disability Insurance (SSDI)

Monthly disability income (SSDI): $1,535.00

Total monthly household income: $1,535.00

Government assistance: Enrolled in SNAP (Supplemental Nutrition Assistance Program)

### 3. ASSETS AND RESOURCES

| | |
|---|---|
| **Cash / checking account:** | Minimal — prepaid debit card used for daily expenses |
| **Savings account:** | None |
| **Vehicle equity:** | N/A |
| **Real estate / home equity:** | None — renting |
| **Cryptocurrency:** | Nominal — transaction history shows regular full depletion to near-zero balances |
| **Other assets:** | Personal computer equipment (aging hardware, personal use only) |

### 4. MONTHLY EXPENSES

(Complete with actual amounts before filing)

| | |
|---|---|
| Rent / mortgage: | $ 600.00 |
| Utilities (electric, water, gas): | $ 400.00 |
| Food / groceries: | $ 200 |
| Transportation (gas, insurance): | $ 65.00 |
| Medical / prescription costs: | $ 50.00 |
| Phone / internet: | $ 100.00 |
| Other necessary expenses: | $ 200.00 |
| TOTAL MONTHLY INCOME: $1,535.00 | TOTAL MONTHLY EXPENSES: $ 1,615.00 |

## 5. STATEMENT OF INDIGENCE

I declare under penalty of perjury that I am unable to pay the court filing fees and other litigation costs in this action because:

[X] I am receiving government assistance: SNAP (Supplemental Nutrition Assistance Program)

[X] My household income ($1,535.00/month SSDI) is at or below 125% of the federal poverty guideline

[X] Paying the filing fee would deprive me of the necessities of life

### Explanation of circumstances:

My sole source of income is Social Security Disability Insurance (SSDI) of $1,535.00 per month. I am enrolled in the Supplemental Nutrition Assistance Program (SNAP). After paying rent, utilities, food, transportation, and other necessary living expenses, I have no remaining funds to pay a court filing fee. My bank statement (Exhibit B to the Complaint) demonstrates that my prepaid debit card regularly depletes to near-zero balances ($0.31 on March 30, 2026), confirming my financial situation. Paying the required filing fee would deprive me of funds needed for food and essential living expenses.

## 6. RELIEF REQUESTED

I request that the Court: (a) Waive the filing fee for this action; (b) Waive fees for service of process; (c) Authorize service by alternative means as set forth in the accompanying Motion for Alternative Service.

## CERTIFICATION

I certify under penalty of perjury that the foregoing is true and correct. I understand that providing false information is punishable by fine, imprisonment, or both.

Dated: April 10 , 2026

Dustin Tyler James

Pro Se Plaintiff

4105 41st Ave

Northport, Alabama 35473

dustinjames@nextaitrust.com

---

## ORDER ON APPLICATION FOR IN FORMA PAUPERIS STATUS

Upon consideration of Plaintiff's Application for Leave to Proceed In Forma Pauperis:

[ ] GRANTED. Plaintiff may proceed without prepayment of fees and costs. The Clerk shall file the complaint without advance payment.

[ ] DENIED. Plaintiff shall pay the required fees within _____ days.


Dated: _____, 2026


_____

Circuit Judge

# IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

| | |
|---|---|
| Dustin Tyler James, | ) |
| Plaintiff, | ) |
| | ) |
| | ) CASE NO.: CN - 2024 FILED |
| v. | ) |
| GAMING OPERATIONS, d/b/a STAKE.US, | ) |
| SWEEPSTAKES LIMITED, and | ) APR 1 4 2026 |
| BREEZE LABS INC., | ) MAGARIA H. BOBC |
| Defendants. | ) CIRCUIT CLERK & REGISTER |

## MOTION FOR SERVICE OF PROCESS — DIRECT SERVICE ON BREEZE LABS INC. AND ALTERNATIVE SERVICE ON FOREIGN DEFENDANTS

COMES NOW Plaintiff Dustin Tyler James, pro se, and respectfully advises the Court of the method of service of process upon each Defendant and, as to the foreign Defendants, moves for authorization of alternative service. In support thereof, Plaintiff states:

## I. SERVICE ON BREEZE LABS INC. — DIRECT CERTIFIED MAIL

> BREEZE LABS INC. is a Delaware corporation (NY DOS ID: 7743828) registered to conduct business in New York. Standard direct service is available and will be used. No alternative service order is required for this Defendant.

1. BREEZE LABS INC. is an active U.S. corporation formed August 1, 2022 in Delaware and registered in New York on October 21, 2025 (NY DOS ID: 7743828).

2. BREEZE LABS INC.'s registered service of process address on file with the New York Secretary of State is:

> BREEZE LABS INC. c/o The Corporation 382 NE 191st St, #425699 Miami, FL 33179

3. Plaintiff will serve BREEZE LABS INC. by certified mail, return receipt requested, to the above address pursuant to Alabama Rule of Civil Procedure 4(c)(1) and applicable New York and Delaware law.

4. Under New York Business Corporation Law § 306, service on the Secretary of State as agent is also available. Service may alternatively be effected by delivery to the NY Secretary of State's office, which will forward process to the Miami, FL address on file.

## II. ALTERNATIVE SERVICE ON FOREIGN DEFENDANTS — STAKE.US AND SWEEPSTAKES LIMITED

5. Defendants Gaming Operations d/b/a Stake.us and Sweepstakes Limited are foreign entities purportedly based in Curacao with no registered agent, no physical U.S. presence, and no address for traditional service.

6. Despite reasonable diligence, Plaintiff cannot effectuate personal service through traditional means on these foreign defendants.

## III. LEGAL STANDARD FOR ALTERNATIVE SERVICE

7. Alabama Rule of Civil Procedure 4.3 authorizes service on foreign corporations by means other than personal delivery when traditional service is impracticable.

8. Alabama's long-arm statute, Ala. Code § 6-3-21, permits service on non-residents who transact business or commit tortious acts in Alabama.

9. Due process requires only that service be 'reasonably calculated to apprise interested parties of the pendency of the action.' Mullane v. Central Hanover Bank & Trust Co., 339 U.S. 306, 314 (1950).

## IV. PROPOSED ALTERNATIVE SERVICE ON FOREIGN DEFENDANTS

### A. Email Service

10. Service on Stake.us shall be effected by email to: support@stake.us and legal@stake.us, with confirmation screenshots preserved as proof of service.

11. Basis: Defendants routinely use these addresses to communicate with customers. Email service is reasonably calculated to provide actual notice. See Rio Props., Inc. v. Rio Int'l Interlink, 284 F.3d 1007, 1018 (9th Cir. 2002).

### B. Website Contact Form

12. Plaintiff shall also submit the Summons and Complaint through the contact form at stake.us, with confirmation screenshot as proof.

### C. Publication (Alternative)

13. If email service does not result in an appearance within 30 days, Plaintiff requests permission to serve by publication in a newspaper of general circulation in Tuscaloosa County, Alabama, pursuant to Rule 4.4.

## V. DILIGENCE FOR FOREIGN DEFENDANTS

| Action | Result |
|---|---|
| Alabama Secretary of State search — 'Stake.us,' 'Sweepstakes Limited' | No registered agent found |
| Stake.us Terms of Service — physical address | Only Curacao mail-forwarding address |
| Public corporate records — Curacao entities | Mail-forwarding service only |

## VI. CONCLUSION AND REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court: (a) Take notice that BREEZE LABS INC. will be served directly by certified mail to 382 NE 191st St, #425699, Miami, FL 33179; (b) Authorize alternative service on Stake.us and Sweepstakes Limited by email to support@stake.us and legal@stake.us and via website contact form; (c) Order that alternative service is complete upon sending; Defendants have 30 days to respond; (d) Authorize service by publication as alternative if email fails; (e) Grant such other relief as the Court deems just.

Respectfully submitted this _10_ day of April, 2026.

Dustin Tyler James, Pro Se Plaintiff

4105 41st Ave

Northport, Alabama 35473

Email: dustinjames@nextaitrust.com

---

## ORDER ON MOTION FOR SERVICE OF PROCESS

Upon consideration of Plaintiff's Motion:

[ ] The Court takes notice of direct service on BREEZE LABS INC. by certified mail to 382 NE 191st St, #425699, Miami, FL 33179.

[ ] GRANTED as to alternative service on Stake.us/Sweepstakes Limited:

    Email to: support@stake.us and legal@stake.us

    Website contact form at stake.us

    Service complete upon sending. Defendants have 30 days to respond.

[ ] DENIED as to foreign defendants for the following reasons:

_____

Dated: _____, 2026

_____

Circuit Judge

| State of Alabama<br>Unified Judicial System<br><br>Form C-34        Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | Court Case Number<br>CN-2026-64 |
|---|---|---|

IN THE Circuit _____ COURT OF Tuscaloosa _____ COUNTY, ALABAMA
  *(Circuit, District, or Juvenile)*                              *(Name of County)*

Dustin Tyler James _____ v. Gaming Operations d/b/a
_____ Stake.us Sweepstaks Limited

  *[Name(s) of Plaintiff(s)]*                                  *[Name(s) of Defendant(s)]*

NOTICE TO: Sweepstakes Limited

  *(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), _____, WHOSE
                                                         *[Name(s) of Attorney(s)]*

ADDRESS(ES) IS/ARE: 4105 41st Ave Northport, AL 35473

  *[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**FILED**
APR 14 2026

MAGARIA H. BOBO
CIRCUIT CLERK & REGISTER

TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of Civil Procedure.                                      *[Name(s)]*

_____        Magaria H. Bobo        By: _____
      *(Date)*                *(Signature of Clerk)*                *(Name)*

☐ Certified Mail is hereby requested.        _____
                                              *(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
                                                                      *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
    *(Name of Person Served)*              *(Name of County)*
Alabama on _____.
              *(Date)*

_____        _____        _____
*(Type of Process Server)*     *(Server's Signature)*        *(Address of Server)*

                        _____        _____
                        *(Server's Printed Name)*
                                              *(Phone Number of Server)*

| State of Alabama Unified Judicial System | SUMMONS | Court Case Number |
|---|---|---|
| Form C-34    Rev. 4/2017 | -CIVIL- | CN-2026-64 |

IN THE _Circuit_ COURT OF _Tuscaloosa_ COUNTY, ALABAMA
*(Circuit, District, or Juvenile)* *(Name of County)*

_Dustin Tyler James_ v. _BREEZE LABS Inc_

*[Name(s) of Plaintiff(s)]* *[Name(s) of Defendant(s)]*

NOTICE TO: _Breeze LABS C/o The Corporation 282 NE 191 st. #425694_
*(Name and Address of Defendant)* _Miami, FL 33175_

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), _PRO SE_, WHOSE
*[Name(s) of Attorney(s)]*

ADDRESS(ES) IS/ARE: _4105 41st Ave Northport, AL 35473_

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN __30__ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**FILED**

TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

APR 14 2026

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

MAGARIA H. BOBO
CIRCUIT CLERK & REGISTER

☐ Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*

pursuant to the Alabama Rules of Civil Procedure.

_Magaria H. Bobo_ By: _____
_____   *(Signature of Clerk)*   *(Name)*
*(Date)*

☐ Certified Mail is hereby requested.

_____
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
_____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)* *(Name of County)*

Alabama on _____
_____
*(Date)*

_____   _____   _____
*(Type of Process Server)*   *(Server's Signature)*   *(Address of Server)*

_____   _____
*(Server's Printed Name)*   *(Phone Number of Server)*

## STATE OF ALABAMA
## UNIFIED JUDICIAL SYSTEM
### COVER SHEET
### CIRCUIT COURT — CIVIL CASE
(Not For Domestic Relations Cases)

Form ARCiv 93 (Rev. 5/99)



# FILED

### APR 1 4 2026

MAGARIA H. BOBC
CIRCUIT CLERK & REGISTER

| IN THE CIRCUIT COURT OF: | CASE NUMBER: |
|---|---|
| TUSCALOOSA COUNTY | CV-2026-64 |

**STYLE OF CASE (Name of Plaintiff(s) vs. Name of Defendant(s)):**

Dustin Tyler James v. Gaming Operations d/b/a Stake.us, Sweepstakes Limited, and BREEZE LABS INC.

| DATE OF FILING: | JURY DEMAND: |
|---|---|
| April ____, 2026 | ☑ Yes ■ No |

## PLAINTIFF INFORMATION

**PLAINTIFF NAME (First, Middle, Last):**

Dustin Tyler James

**PLAINTIFF ADDRESS:**

4105 41st Ave, Northport, Alabama 35473

| PLAINTIFF PHONE: | PLAINTIFF EMAIL: |
|---|---|
| 205-393-2706 | dustinjames@nextaitrust.com |

| PLAINTIFF ATTORNEY (if any): | ATTORNEY BAR NUMBER: |
|---|---|
| Pro Se — Self-Represented | N/A |

## DEFENDANT INFORMATION

**DEFENDANT(S) NAME(S):**

Gaming Operations d/b/a Stake.us; Sweepstakes Limited; BREEZE LABS INC.

**DEFENDANT ADDRESS (Primary — BREEZE LABS INC.):**

382 NE 191st St #425699, Miami, FL 33179 (NY DOS ID: 7743828)

## NATURE OF SUIT — Check primary type:

| ■ Contract | ■ Real Property | ☑ Tort/Other Civil | ■ Domestic Relations |
|---|---|---|---|
| ■ Condemnation | ■ Equity | ■ Administrative Appeal | ■ Writ/Special Proceeding |

**CAUSE OF ACTION (Brief description):**

Consumer fraud, void contract, Alabama Deceptive Trade Practices Act (ADTPA), Civil RICO (18 U.S.C. § 1962), fraudulent inducement, intentional infliction of emotional distress, Merchant of Record primary liability, unlicensed money transmission (Bank Secrecy Act). Plaintiff seeks restitution of $53,599.89 in documented gambling losses to an unlicensed offshore casino processed through a U.S. payment processor using false merchant category codes and disguised transaction descriptors.

**RELIEF SOUGHT:**

| ☑ Money Damages | ☑ Injunctive Relief | ■ Declaratory Relief | ■ Other |
|---|---|---|---|

| AMOUNT OF DAMAGES CLAIMED: | JURY TRIAL REQUESTED: |
|---|---|

| $53,599.89 actual / $160,799.67 treble | ■ Yes |
|---|---|

**RELATED CASES (if any — case number and court):**
FinCEN Whistleblower Submission filed April 2026 (reference number pending)

## CERTIFICATION

I certify that the information provided on this cover sheet is accurate to the best of my knowledge and belief.

_____          Apci  14, 2026
Signature of Filing Party                                    Date

Dustin Tyler James | Pro Se Plaintiff | 4105 41st Ave. Northport, Alabama 35473 | dustirjames@nextatrust.com

Note  This cover sheet does not replace or supplement the filing of pleadings or other papers as required by the Alabama Rules of Civil Procedure.

# IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

Dustin Tyler James,

Plaintiff,

v.

GAMING OPERATIONS, d/b/a STAKE.US,

SWEEPSTAKES LIMITED, and

BREEZE LABS INC.,

Defendants.

)
)
)
)
)
)
)
)
)

CASE NO.: CN-2026-64

**FILED**

APR 14 2026

MAGARIA H. BOBC
CIRCUIT CLERK & REGISTER

## COMPLAINT FOR DAMAGES, RESTITUTION, AND EQUITABLE RELIEF
### JURY TRIAL DEMANDED

## I. PRELIMINARY STATEMENT

1. This is an action for damages, restitution, and equitable relief arising from Defendants' operation of an unlicensed, illegal online casino misrepresented as a legal sweepstakes platform, and from Defendant BREEZE LABS INC.'s role as Merchant of Record, complete financial infrastructure operator, and unlicensed money transmitter.

2. Plaintiff Dustin Tyler James is a resident of Tuscaloosa County, Alabama. Alabama Constitution Art. IV, §65 explicitly prohibits casino gambling. Plaintiff is disabled with sole income of $1,535.00 per month in Social Security Disability Insurance.

3. Plaintiff deposited $53,599.89 from February 2023 through March 2026 believing he was participating in a lawful, licensed sweepstakes platform. Defendants returned only $1,809.61 — a 96.6% extraction rate across 1,175+ documented transactions.

4. Defendant BREEZE LABS INC. (NY DOS ID: 7743828) is a Delaware corporation founded by former Stripe engineers Millie Yang and Peng Du, backed by Sequoia Capital. BREEZE served as: (a) Merchant of Record — the legal seller on every transaction; (b) complete financial infrastructure processing both deposits AND withdrawals, both card AND crypto; and (c) an unlicensed money transmitter converting consumer fiat to cryptocurrency without required BSA compliance.

5. Defendants' sweepstakes characterization is contradicted by documentary evidence. Stake.us is operated by Mountberg B.V. — the same Curacao corporation that operates Stake.com, an openly acknowledged real-money online casino. Both platforms operate under Curacao Gaming Control Board casino gaming License Number 8048/JAZ. This is not a sweepstakes license. It is an offshore casino gaming license. A sweepstakes operator with a Curacao casino license shared with a real-money casino is not a sweepstakes. It is a casino with a sweepstakes alibi.

6. BREEZE deliberately disguised every transaction under the descriptor 'BREEZE*Stake*[random hex suffix]' — transmitting false merchant category codes and converting fiat to cryptocurrency without required KYC verification or SAR filings.

7. Forensic blockchain analysis by BlocJuris Intelligence Platform identified 1,175 flagged transactions totaling $53,599.89, certified by SHA-256 chain-of-custody hash (Exhibit A).

8. Plaintiff — a disabled person on fixed income induced to believe he was participating in licensed gaming — suffered significant emotional distress, psychological harm, and financial devastation as a direct result of Defendants' fraudulent conduct.

9. The underlying contract is void ab initio. BREEZE LABS INC., as Merchant of Record, money transmitter, and complete financial infrastructure operator, bears primary liability.

## II. JURISDICTION AND VENUE

10. This Court has subject matter jurisdiction over state-law claims pursuant to Ala. Code § 12-11-30 and supplemental jurisdiction over Count III pursuant to 28 U.S.C. § 1367.

11. Venue is proper in Tuscaloosa County pursuant ɔ Ala. Code § 6-3-2. Plaintiff resides here and substantial events occurred here.

12. This Court has personal jurisdiction over BREEZE LABS INC. under Ford Motor Co. v. Montana Eighth Judicial District Court, 592 U.S. 351 (2021). BREEZE processed transactions from Plaintiff's Alabama debit card through U.S. interstate payment networks causing injury in Alabama.

## III. PARTIES

13. Plaintiff Dustin Tyler James resides at 4105 41st Ave, Northport, Alabama 35473. Plaintiff is disabled and receives SSDI as sole income. Plaintiff used debit card *0418 (Walmart Green Dot) and Trust Wallet 0xEf4Fb7d6Ef50b5229a5496EDd9DC18E3adB7320A to deposit funds.

14. Defendant Gaming Operations, d/b/a Stake.us, is operated by Mountberg B.V., a Curacao corporation that also operates Stake.com, an acknowledged real-money online casino. Service by alternative means per Alabama Rule of Civil Procedure 4.3.

15. Defendant Sweepstakes Limited is a Curacao entity controlling or operating Stake.us. Service by alternative means per Alabama Rule of Civil Procedure 4.3.

16. Defendant BREEZE LABS INC. is a Delaware corporation (NY DOS ID: 7743828), registered in New York, founded by Millie Yang and Peng Du (former Stripe engineers), backed by Sequoia Capital. Service by certified mail to: 382 NE 191st St, #425699, Miami, FL 33179.

## IV. FACTUAL ALLEGATIONS

### A. The Illegal Gambling Operation and the Sweepstakes Alibi

17. Stake.us offers casino-style games including slots, blackjack, roulette, and crash games. Users deposit real funds used to wager. Stake.us has never possessed a U.S. gaming license. Alabama Constitution Art. IV, §65 explicitly prohibits casino gambling.

18. Defendants misrepresented Stake.us as a legal sweepstakes platform. This is directly contradicted by Stake.us's Curacao Gaming Control Board certificate — License Number 8048/JAZ — the same casino gaming license under which Mountberg B.V. operates Stake.com, an openly acknowledged real-money online casino offering identical games.

THE SWEEPSTAKES ALIBI FAILS: Legitimate sweepstakes operators do not obtain casino gaming licenses. McDonald's Monopoly — a genuine sweepstakes operating since 1987 — has never required a Curacao gaming license, a payment processor using randomized transaction descriptors, or a fraud forwarding dashboard. The Curacao casino gaming license (Exhibit F) confirms Stake.us is a casino. The word 'sweepstakes' in Defendants' Terms of Service is not a legal characterization. It is a fraud.

19. The unconscionability of Stake.us's Terms of Service is established by the reasonable person standard. A reasonable person reading the word 'sweepstakes' compares it to their experience of legitimate sweepstakes — like McDonald's Monopoly — that are free to enter, publish odds, display the sponsor's real name, and require no Curacao casino license. No reasonable person would agree to a 'sweepstakes' that: (a) extracted 96.6% of deposits over three years; (b) hid the merchant's identity behind random hex codes; (c) operated under a casino gaming license shared with a real-money casino; and (d) required private arbitration of all disputes.

## B. The 96.6% Extraction Rate

| Metric | Amount | Source |
|---|---|---|
| Total documented deposits | $53,599.89 | BlocJuris forensic report (Exhibit A) |
| Total documented withdrawals | $1,809.61 | Stake.us withdrawal history (Exhibit D) |
| Net documented loss | $51,790.28 | Deposits minus withdrawals |
| Extraction rate | 96.6% | Net loss divided by total deposits |
| Period / transactions | Feb 2023 — Mar 2026 / 1,175+ | Multi-chain blockchain analysis |

20. Licensed U.S. casinos maintain minimum return-to-player rates of 75-98%. A 3.4% return over 1,175+ transactions is statistically inconsistent with any licensed gaming operation.

## C. BREEZE LABS INC. — Merchant of Record, Unlicensed Money Transmitter, and Knowing Participant

CENTRAL FINDING: BREEZE LABS INC. was not a passive processor. It was: (1) Merchant of Record — the legal seller on every transaction; (2) Complete financial infrastructure — processing both deposits AND withdrawals, both card AND crypto; (3) Unlicensed money transmitter — converting consumer fiat to cryptocurrency without required FinCEN registration, KYC, or SAR filings; and (4) Knowing participant — BREEZE reviewed Curacao casino License 8048/JAZ during mandatory KYC onboarding and onboarded the merchant anyway.

21. BREEZE LABS INC. publicly markets itself as a 'Merchant of Record' service that 'takes care of risk management, chargebacks, disputes, and even customer support.' As MoR for Stake.us, BREEZE was the legal seller on every consumer transaction — appearing on bank statements, assuming chargeback liability, and bearing regulator compliance responsibility.

22. BREEZE LABS INC. served as complete financial infrastructure for Stake.us — processing card deposits, crypto deposits, user withdrawals, and Stake Cash redemptions. Published Stake.us payment guides confirm: 'Stake Cash redemptions via bank transfer are also possible through Breeze.' BREEZE had complete visibility into every dollar flowing in both directions.

23. BREEZE LABS INC.'s actual knowledge of Stake.us's illegal casino operation is established by its own mandatory KYC onboarding process. During Stake.us's onboarding, BREEZE received and reviewed Stake.us's Curacao Gaming Control Board certificate — License Number 8048/JAZ — the same casino gaming license under which Mountberg B.V. openly operates Stake.com, an acknowledged real-money casino. Former Stripe engineers with deep international payments compliance expertise cannot credibly claim they reviewed a Curacao casino gaming license shared with a real-money casino and concluded the applicant was a legitimate sweepstakes operator. BREEZE was not an innocent processor misled by a clever client. BREEZE was a knowing participant from the moment it reviewed License 8048/JAZ.

24. BREEZE LABS INC. converted Plaintiff's debit card payments to cryptocurrency for transmission to Stake.us without registering as a Money Services Business with FinCEN as required by 31 C.F.R. § 1010.100(ff), without filing Suspicious Activity Reports on the 96.6% extraction pattern, without performing required KYC on Stake.us as the gambling operator beneficiary, and without complying with Travel Rule obligations.

25. BREEZE LABS INC. operated a 'Reported Fraud Dashboard' (dashboard.breeze.cash/fraud-reports) that receives Visa TC40 and Mastercard SAFE fraud reports and forwards them directly to Stake.us in real time via FRAUD_REPORTED webhooks. BREEZE separately notifies Stake.us via DISPUTE_STATUS_UPDATE webhooks when any consumer files a dispute, transmitting the consumer's email address. This system allowed Stake.us to identify and neutralize consumer complaints before they escalated to formal disputes or regulatory attention.

26. The following eleven (11) Merchant of Record transactions are documented on Plaintiff's bank statement (Exhibit B):

| Date | MoR Descriptor | Amount | Balance After |
|------|----------------|--------|---------------|
| March 25, 2026 | BREEZE*Stake*faeb | -$20.00 | $70.77 |
| March 25, 2026 | BREEZE*Stake*2fc0 | -$20.00 | $50.77 |
| March 25, 2026 | BREEZE*Stake*76e3 | -$20.00 | $30.77 |
| March 25, 2026 | BREEZE*Stake*dd8e | -$20.00 | $10.77 |
| March 26, 2026 | BREEZE*Stake*0504 | -$20.00 | $30.31 |
| March 27, 2026 | BREEZE*Stake*9579 | -$20.00 | $10.31 |
| March 30, 2026 | BREEZE*Stake*6067 | -$20.00 | $0.31 |
| March 30, 2026 | BREEZE*Stake*fb79 | -$20.00 | $20.31 |
| March 31, 2026 | BREEZE*Stake*918c | -$20.00 | $21.31 |

| March 31, 2026 | BREEZE*Stake*caf7 | -$20.00 | $41.31 |
|---|---|---|---|
| March 31, 2026 | BREEZE*Stake*71d9 | -$20.00 | $1.31 |
| TOTAL | 11 MoR transactions \| 5 dates \| 7 days | -$220.00 | title balance $0.31 |

## D. Blockchain Cryptocurrency Deposits

27. BlocJuris Intelligence Platform conducted forei sic blockchain analysis from February 2023 through March 2026, identifying 1,175 flagged transactions across four chains totaling $53,599.89 (SHA-256: b557c4b2e2737c41ff52ce149389243cd12f3bda42f8f1497df7adc0ce68d1). The complete report is attached as Exhibit A.

## E. Withdrawals Do Not Offset Restitution

28. Stake.us returned $1,809.61 total. Because the underlying contract was void, Plaintiff is entitled to return of all $53,599.89 without deduction.

## F. Emotional Distress and Personal Harm

29. Plaintiff is a disabled individual on SSDI of $1,535.00/month who committed $53,599.89 over three years based on false representations of licensed gaming. BREEZE — as Merchant of Record appearing on every bank statement charge — is the entity that took Plaintiff's money. The pattern of small reloads followed by immediate BREEZE*Stake charges, draining the account to $0.31, was fully visible to BREEZE as complete financial infrastructure operator. BREEZE processed this pattern without filing a single SAR and without intervening.

## V. LEGAL CLAIMS

## COUNT I: VOID CONTRACT / UNJUST ENRICHMENT . RESTITUTION

### (Against all Defendants)

30. The Stake.us Terms of Service constitute a contract for illegal gambling void ab initio under Ala. Code § 8-9-2 and Alabama Constitution Art. IV, §65. No term within it has legal force.

31. The arbitration clause is unenforceable. The FAA enforces arbitration clauses only in valid contracts. Rent-A-Center, West, Inc. v. Jackson, 561 U.S. 63, 70 (2010). The contract is void ab initio — it never legally existed. Granite Rock Co. v. Int'l Bhd. of Teamsters, 561 U.S. 287, 296 (2010). BREEZE LABS INC. is not a signatory to any Stake.us Terms of Service. No arbitration clause exists between Plaintiff and BREEZE under any theory.

32. To the extent Ala. Code § 8-1-150(a)'s six-month limitation period applies to any portion of Plaintiff's void contract claims, such period is tolled by fraudulent concealment under Ala. Code § 6-2-3. Defendants deliberately concealed the illegal nature of each transaction through: (a) false merchant category codes; (b) disguised merchant descriptors; (c) randomized hexadecimal suffixes (faeb, 2fc0, 76e3, dd8e, 0504, 9579, 6067, fb79, 918c, caf7, 71d9) engineered to prevent merchant identification; and (d) fiat-to-cryptocurrency conversion without required disclosures. Plaintiff first discovered the fraudulent concealment and true nature of transactions in April 2026 when forensic blockchain analysis identified BREEZE as Merchant of Record and traced License 8048/JAZ to Stake.com. The limitations period did not begin to run until April 2026.

32(a). Plaintiff's ADTPA claims are subject to a two-year limitations period under Ala. Code § 8-19-14. Plaintiff's RICO claims are subject to a four-year limitations period under Agency Holding Corp. v. Malley-Duff, 483 U.S. 143 (1987). Plaintiff's IIED claims are subject to a two-year limitations period under Ala. Code § 6-2-38. These claims are timely as to all documented losses.

33. Defendants have been unjustly enriched by receiving $53,599.89 while providing no goods or services of legal value. Plaintiff is entitled to full restitution plus prejudgment interest.

WHEREFORE: (a) Restitution of $53,599.89; (b) Prejudgment interest; (c) Priority enforcement against BREEZE LABS INC.'s U.S. MoR settlement accounts; (d) Arbitration clause void and unenforceable; (e) Such other relief as the Court deems just.

## COUNT II: ALABAMA DECEPTIVE TRADE PRACTICES ACT
Ala. Code §§ 8-19-1 et seq. — Against all Defendants

34. Defendants engaged in deceptive trade practices under Ala. Code § 8-19-5 including: (a) representing an offshore casino as a legal sweepstakes while operating under Curacao casino License 8048/JAZ; (b) transmitting false MCCs; (c) concealing Stake.us's identity via BREEZE*Stake descriptors; (d) implementing the random suffix system to evade fraud detection; and (e) converting fiat to crypto without required disclosures.

35. Defendants' conduct was willful and knowing. Under Ala. Code § 8-19-10, the Court may award actual damages, attorney's fees, costs, and treble damages.

WHEREFORE: (a) Actual damages $53,599.89 or treble ($160,799.67); (b) Attorney's fees and costs; (c) Such other relief as the Court deems just.

## COUNT III: CIVIL RICO — 18 U.S.C. §§ 1962(c), 1964(c)
Pleaded in the alternative — Against all Defendants

36. Defendants constitute an enterprise under 18 U.S.C. § 1961(4). BREEZE LABS INC., as Merchant of Record with actual knowledge of the casino operation established by review of License 8048/JAZ at onboarding, committed the following predicate acts: (a) Wire Fraud (18 U.S.C. § 1343) — transmitting false MCC codes via Visa/Mastercard interstate networks; (b) Money Laundering (18 U.S.C. § 1956) — converting fiat to crypto for an illegal gambling operator without BSA registration or SAR filings.

37. Under Bridge v. Phoenix Bond, 553 U.S. 639 (2008), but-for causation is established. Mandatory treble damages of $160,799.67 plus attorney's fees are warranted under 18 U.S.C. § 1964(c).

WHEREFORE: (a) Treble damages $160,799.67; (b) Mandatory attorney's fees; (c) Post-judgment discovery of BREEZE accounts; (d) Such other relief as the Court deems just.

## COUNT IV: FRAUDULENT INDUCEMENT AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

Against all Defendants, with BREEZE LABS INC. as direct and primary tortfeasor

38. Defendants made false representations of legality, licensing, and fair play — including the sweepstakes characterization contradicted by Curacao casino License 8048/JAZ — to induce participation.

39. BREEZE LABS INC.'s conduct was outrageous and extreme: (a) BREEZE appeared on every bank statement charge taking Plaintiff's money; (b) BREEZE reviewed License 8048/JAZ confirming the casino nature of the operation and onboarded the merchant anyway; (c) BREEZE built the fraud forwarding dashboard to tip off the casino when consumers filed fraud complaints; (d) BREEZE forwarded consumer email addresses to the casino when disputes were filed; (e) BREEZE processed all of this while draining a disabled man's grocery card to $0.31; and (f) BREEZE filed no SARs despite a pattern any competent compliance officer would flag.

40. This conduct goes beyond all possible bounds of decency and satisfies Alabama's standard for IIED. The Alabama cap on punitive damages under § 3-11-21 is removed under the actual malice exception — BREEZE's fraud forwarding dashboard constitutes conscious and deliberate disregard of the rights of others.

WHEREFORE: (a) Compensatory damages for emotional distress against all Defendants including specifically BREEZE LABS INC.; (b) Punitive damages against BREEZE LABS INC. for outrageous knowing conduct against a disabled consumer on fixed income; (c) Such other relief as the Court deems just.

## COUNT V: MERCHANT OF RECORD PRIMARY LIABILITY, AIDING AND ABETTING, AND UNLICENSED MONEY TRANSMISSION

Against Defendant BREEZE LABS INC. only

41. As Merchant of Record, BREEZE LABS INC. was the legal seller on every transaction. BREEZE processed both card and crypto deposits to Stake.us AND withdrawals from Stake.us — the complete money flow in both directions. This makes BREEZE independently and primarily liable regardless of Stake.us's collectibility.

42. BREEZE LABS INC. had actual knowledge of the illegal nature of Stake.us established by: (a) review of Curacao casino License 8048/JAZ at onboarding; (b) the founders' background in international payments compliance at Stripe; (c) the 96.6% extraction rate visible in combined deposit and withdrawal data; and (d) Visa TC40 and Mastercard SAFE fraud reports received via the Reported Fraud Dashboard documenting consumer fraud complaints.

43. BREEZE LABS INC. violated the Bank Secrecy Act by: (a) operating as an unregistered MSB for crypto conversion activities; (b) failing to perform KYC on Stake.us as a gambling operator; (c) failing to file SARs on the 96.6% extraction pattern; and (d) failing to comply with Travel Rule obligations.

44. BREEZE LABS INC.'s U.S. MoR settlement accounts — through which all Stake.us consumer funds were processed — are subject to garnishment and levy through post-judgment subpoenas to

Visa Inc. and Mastercard Inc.

WHEREFORE against BREEZE LABS INC.: (a) Primary liability for all $53,599.89; (b) Joint and several liability on all Counts; (c) Compensatory and punitive damages under Count IV; (d) Post-judgment discovery of all MoR settlement accounts; (e) Prejudgment attachment of U.S. assets; (f) Enforcement in Delaware, New York, and Florida; (g) Such other relief as the Court deems just.

## VI. PRAYER FOR RELIEF

| | |
|---|---|
| Count I (Void Contract) | Restitution $53,599.89; prejudgment interest; arbitration clause void; priority enforcement against BREEZE MoR settlement accounts |
| Count II (ADTPA) | Actual damages $53,599.89 or treble $160,799.67 for willful violations; attorney's fees and costs |
| Count III (RICO) | Mandatory treble damages $160,799.67; mandatory attorney's fees; post-judgment Visa/MC subpoenas |
| Count IV (Fraud/IIED) | Compensatory and punitive damages against all Defendants including specifically BREEZE LABS INC.; punitive cap removed — actual malice established |
| Count V (MoR/BSA) | Primary MoR liability; BSA violation liability; joint/several on all Counts; prejudgment attachment; DE/NY/FL enforcement |
| All Counts | Injunctive relief prohibiting Defendants from operating in Alabama; FinCEN and CFPB referral; such other relief as the Court deems just |

## VII. JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.


Respectfully submitted this _____ day of April, 2026.



_____

Dustin Tyler James, Pro Se Plaintiff

4105 41st Ave

Northport, Alabama 35473

Email: dustinjames@nextaitrust.com

## EXHIBIT LIST

| | |
|---|---|
| Exhibit A | BlocJuris Damages Report v2.0 — SHA-256: b557c4b2e2737c41ff52ce149389243cd12f3bda42f8f1497df7adc0ce68d1 |

| Exhibit B | Bank statement Debit *0418 (Walmart Green Dot) — 11 BREEZE*Stake transactions — minimum balance $0.31 |
|---|---|
| Exhibit C | Crypto.com account summary — $8,289.48 total   OL/MATIC purchased |
| Exhibit D | Stake.us withdrawal history — 10 withdrawals ($1,809.61) |
| Exhibit E | BREEZE LABS INC. public documentation — MoR role, Reported Fraud Dashboard, dispute webhook, KYC infrastructure |
| Exhibit F | Curacao Gaming Control Board certificate — License 8048/JAZ — Mountberg B.V. — same license as Stake.com real-money casino |

# IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

Dustin Tyler James,              )

Plaintiff,                    )

                             )

                             )   CASE NO.: CV-2026-64

v.                       )

GAMING OPERATIONS, d/b/a STAKE.US,  )

SWEEPSTAKES LIMITED, and       )    **FILED**

BREEZE LABS INC.,             )

Defendants.               )    APR 1 4 2026

MAGARIA H. BOBO
CLERK & REGISTER

## PLAINTIFF'S MOTION FOR EXPEDITED THIRD-PARTY DISCOVERY

COMES NOW Plaintiff Dustin Tyler James, pro se, and respectfully moves this Court for leave to conduct expedited third-party discovery prior to the completion of the standard discovery period. In support thereof, Plaintiff states:

### I. INTRODUCTION

This case involves an illegal online casino (Stake.us) that processed transactions through a U.S. payment processor (BREEZE LABS INC.) using false merchant category codes and concealed merchant descriptors. Plaintiff has documented minimum losses of $53,599.89 through forensic blockchain analysis. However, complete transaction records — necessary to establish the full extent of damages and to identify all entities involved — are held by third-party financial institutions that have not voluntarily produced them.

Expedited discovery is necessary to: (1) preserve records that may be subject to routine deletion; (2) establish the complete damages figure before entry of default judgment; (3) identify all U.S.-based entities connected to Stake.us through which judgment enforcement may be pursued; and (4) obtain the complete BREEZE LABS INC. — Stake.us transaction history that may establish the scope of harm to all affected consumers.

### II. LEGAL STANDARD

Alabama Rules of Civil Procedure permit discovery of any matter relevant to any party's claim or defense. Ala. R. Civ. P. 26(b)(1). Courts routinely grant expedited discovery where: (a) there is good cause; (b) the requests are narrowly tailored; (c) the information sought is not otherwise available; and (d) prejudice to the responding party is minimal. See Arista Records LLC v. Doe 3, 604 F.3d 110 (2d Cir. 2010) (expedited discovery appropriate where plaintiff demonstrates reasonableness of request).

### III. GOOD CAUSE EXISTS FOR EXPEDITED DISCOVERY

#### A. Risk of Record Destruction

Financial institutions routinely purge transaction records after 24–36 months. Transactions as far back as February 2023 are at risk of deletion. Expedited subpoenas will trigger legal holds at each

institution, preserving records that may otherwise be lost before standard discovery commences.

## B. Necessary to Establish Full Damages Before Default Judgment

Plaintiff anticipates Defendants will not appear, resulting in default judgment. Alabama courts require damages to be established by evidence before entry of default judgment. Third-party records from exchanges and payment processors are necessary to document the complete $53,599.89+ damages figure with precision.

## C. BREEZE LABS INC. Transaction History — Scope of Harm

Plaintiff's bank statement documents eleven (11) BREEZE*Stake transactions totaling $220.00. However, BREEZE LABS INC. processed Stake.us transactions for all U.S. consumers who used debit or credit cards on the platform. The complete BREEZE-Stake.us transaction history will establish: (a) the total volume of funds processed; (b) the number of affected consumers; (c) the acquiring bank and settlement account information necessary for judgment enforcement; and (d) evidence of knowing MCC misclassification at scale.

## D. Identification of Additional Enforcement Targets

Visa Inc. and Mastercard Inc. records will identify all merchant IDs associated with BREEZE*Stake transactions, including any additional payment processors Stake.us used beyond BREEZE LABS INC. Each identified processor is a potential additional defendant and enforcement target.

## IV. PROPOSED DISCOVERY — NARROWLY TAILORED

Plaintiff requests leave to issue the following five (5) subpoenas duces tecum:

| # | Recipient | Address | Scope |
|---|-----------|---------|-------|
| 1 | BREEZE LABS INC. | 382 NE 191st St, #425699, Miami, FL 33179 | Complete Stake.us merchant relationship, all transactions, MCC codes, acquiring bank, settlement accounts, communications |
| 2 | Visa Inc. | 900 Metro Center Blvd, Foster City, CA 94404 | All merchant IDs associated with BREEZE*Stake transactions, MCC data, acquiring bank, network compliance history |
| 3 | Mastercard Inc. | 2000 Purchase St, Purchase, NY 10577 | All merchant IDs associated with BREEZE*Stake transactions, MCC data, acquiring bank, network compliance history |
| 4 | Green Dot Bank / Walmart MoneyCard | 3465 E Foothill Blvd, Pasadena, CA 91107 | All BREEZE*Stake transactions on account *0418, ARNs, MCCs as received, acquiring bank identification |
| 5 | Crypto.com / Foris DAX Inc. | 730 Arizona Ave, Santa Monica, CA 90401 | Complete transaction history for Plaintiff's account, all POL/MATIC withdrawals, destination addresses, USD values at time of transaction |

## V. MINIMAL PREJUDICE TO RESPONDING PARTIES

The proposed subpoenas are narrowly tailored to specific transaction records directly relevant to this litigation. Financial institutions routinely respond to subpoenas of this type and maintain the requested records in the ordinary course of business. Compliance imposes minimal burden. Each subpoena provides 30 days to respond.

## VI. CONCLUSION AND RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court: (a) Grant leave to issue the five (5) subpoenas duces tecum identified above; (b) Order that each subpoena recipient preserve all responsive records upon service regardless of any routine deletion schedule; (c) Authorize Plaintiff to issue additional subpoenas as new financial institutions are identified through the discovery process; (d) Grant such other relief as the Court deems just.

Respectfully submitted this _10__ day of _Apr.__, 2026.

Dustin Tyler James, Pro Se Plaintiff

4105 41st Ave

Northport, Alabama 35473

Email: dustinjames@nextaitrust.com

---

## PROPOSED ORDER ON MOTION FOR EXPEDITED DISCOVERY

Upon consideration of Plaintiff's Motion for Expedited Third-Party Discovery, and good cause appearing:

[ ] GRANTED. Plaintiff is authorized to issue subpoenas duces tecum to:

1. BREEZE LABS INC. — 382 NE 191st St, #425699, Miami, FL 33179
2. Visa Inc. — 900 Metro Center Blvd, Foster City, CA 94404
3. Mastercard Inc. — 2000 Purchase St, Purchase. NY 10577
4. Green Dot Bank / Walmart MoneyCard — 3465 E Foothill Blvd, Pasadena, CA 91107
5. Crypto.com / Foris DAX Inc. — 730 Arizona Ave, Santa Monica, CA 90401

Each recipient shall preserve all responsive records upon service. Each recipient shall respond within thirty (30) days.

[ ] DENIED for the following reasons: _____

Dated: _____, 2026

_____

Circuit Judge

# IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

| | |
|---|---|
| Dustin Tyler James, | ) |
| Plaintiff, | ) |
| | ) |
| | ) CASE NO.: CN-2026-64 |
| v. | ) |
| GAMING OPERATIONS, d/b/a STAKE.US, | ) |
| SWEEPSTAKES LIMITED, and | ) |
| BREEZE LABS INC., | ) |
| Defendants. | ) |

**FILED**

APR 1 4 2026

MAGARIA H. BOBC
CIRCUIT CLERK & REGISTER

## DECLARATION OF DUSTIN TYLER JAMES IN SUPPORT OF COMPLAINT FOR DAMAGES, RESTITUTION, AND EQUITABLE RELIEF

I, Dustin Tyler James, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

## I. PERSONAL BACKGROUND

1. I am the Plaintiff in the above-captioned action. I reside at 4105 41st Ave, Northport, Alabama 35473. I am a disabled individual whose sole income is Social Security Disability Insurance. I have personal knowledge of all facts stated herein.

## II. AUTHENTICATION OF EXHIBITS

2. EXHIBIT A — BlocJuris Forensic Blockchain Intelligence Report. Attached as Exhibit A is a true and correct copy of the forensic blockchain analysis report generated by BlocJuris Intelligence Platform, a platform I developed and operate at blocjuris.com. The report documents 1,175 flagged transactions totaling $53,599.89 across four block hain networks from February 2023 through March 2026. The report bears SHA-256 cryptographic hash b557c4b2e2737c41ff52ce149389243cd12f3bda42f8f1497df7adc0ce68d1, which serves as a tamper-evident chain-of-custody certification. I generated this report personally using forensic blockchain analysis tools I built.

3. EXHIBIT B — Bank Statement. Attached as Exhibit B is a true and correct copy of my Walmart MoneyCard powered by Green Dot bank statement for account ending *0418, showing eleven (11) charges under the merchant descriptor 'BREEZE*Stake*[suffix]' between March 25 and March 31, 2026, totaling $220.00, including a minimum balance of $0.31. This is a true copy of my actual bank statement which I obtained from my account records.

4. EXHIBIT C — Crypto.com Account Summary. Attached as Exhibit C is a true and correct copy of my Crypto.com account summary showing a total of $8,289.48 in Polygon (POL/MATIC) and related cryptocurrency purchases that were subsequently transferred to Stake.us deposit addresses as documented in the BlocJuris forensic report. I obtained this summary from my Crypto.com account.

5. EXHIBIT D — Stake.us Withdrawal History. Attached as Exhibit D is a true and correct copy of my complete lifetime withdrawal history from Stake.us, showing ten (10) withdrawals totaling $1,809.61. I obtained this record directly from my Stake.us account history.

6. EXHIBIT E — BREEZE LABS INC. Public Documentation. Attached as Exhibit E are true and correct screenshots and printouts from BREEZE LABS INC.'s public documentation website at docs.breeze.com, including pages documenting: (a) BREEZE's Merchant of Record services; (b) the Reported Fraud Dashboard system receiving Visa TC40 and Mastercard SAFE fraud reports; (c) the DISPUTE_STATUS_UPDATE webhook transmitting consumer email addresses to merchants when disputes are filed; and (d) BREEZE's KYC and payout infrastructure. These pages were publicly accessible and I captured them personally. Copies have been preserved at web.archive.org.

7. EXHIBIT F — Curacao Gaming Control Board Certificate. Attached as Exhibit F is a true and correct copy of the Curacao Gaming Control Board certificate confirming that Stake.us is operated by Mountberg B.V. under casino gaming License Number 8048/JAZ — the same license held by Stake.com, an openly acknowledged real-money online casino. This is a public government record that I obtained through my independent research.

## III. FACTS SUPPORTING THE COMPLAINT

8. I personally made all deposits to Stake.us described in the complaint between February 2023 and March 2026, totaling $53,599.89, believing I was participating in a legally licensed sweepstakes platform.

9. I discovered the fraudulent nature of these transactions in April 2026 through forensic blockchain analysis I conducted using BlocJuris Intelligence Platform. Prior to that analysis I was unable to identify BREEZE LABS INC. as the Merchant of Record or to connect the 'BREEZE*Stake*[suffix]' descriptors on my bank statement to an illegal casino operation.

10. I discovered that Stake.us operates under Curacao casino gaming License 8048/JAZ — the same license held by Stake.com, a real-money casino — through independent research I conducted in April 2026. I had no knowledge of this license or its significance prior to that research.

11. I filed a whistleblower submission with the Financial Crimes Enforcement Network (FinCEN) Office of the Whistleblower in April 2026 documenting BREEZE LABS INC.'s Bank Secrecy Act compliance failures.

12. I have suffered significant emotional distress, financial harm, and personal hardship as a direct result of Defendants' conduct. As a disabled individual on a fixed income of $1,535 per month, the loss of $53,599.89 over three years caused severe financial strain and psychological harm.

## IV. CERTIFICATION

I declare under penalty of perjury under the laws of the United States of America and the State of Alabama that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 14 day of April, 2026, at Northport, Alabama.

Dustin Tyler James

4105 41st Ave

Northport, Alabama 35473

Email: dustinjames@nextaitrust.com

Note to Clerk: Declarant is available to execute a notarized version of this declaration if required by the Court.

EXHIBIT A

CV-2026-64

# BLOCJURIS

## FORENSIC FINANCIAL INTELLIGENCE PLATFORM

blocjuris.com | Pay Dirt Global LLC

## STATEMENT OF DOCUMENTED DAMAGES

FORENSIC BLOCKCHAIN ANALYSIS — CIVIL LITIGATION EXHIBIT

| | |
|---|---|
| **Case Reference:** | James v. Gaming Operations d/b/a Stake.us, Sweepstakes Limited, and BREEZE LABS INC. |
| **Court:** | Circuit Court of Tuscaloosa County, Alabama — Case No. _____ |
| **Claimant:** | Dustin Tyler James |
| **Respondents:** | Gaming Operations / Stake.us / BC.Game / Sweepstakes Limited / BREEZE LABS INC. |
| **Analysis Period:** | February 2023 — March 2026 |
| **Report Version:** | 2.0 (Final — Civil Litigation) |
| **Report Date:** | April 10, 2026 |
| **Prepared by:** | BlocJuris Intelligence Platform v1.0 | blocjuris.com |
| **Transactions Analyzed:** | 1,175 flagged transactions across 4 blockchain networks |

FILED

APR 1 4 2026

MAGARIA H. BOBC
CIRCUIT CLERK & REGISTER

CHAIN-OF-CUSTODY       CERTIFICATION       —       SHA-256
b557c4b2e2737c41ff52ce149389243cd12f3bda42f8f1497df7adc0ce68d1 Tamper-evident cryptographic hash of all evidence data. Any modification to this report produces a different hash value, enabling independent verification of report integrity.

## 1. EXECUTIVE SUMMARY

BlocJuris Intelligence Platform conducted a comprehensive forensic blockchain analysis of all available transaction data for Dustin Tyler James spanning February 2023 through March 2026. This report reflects the complete forensic picture across all identified wallets, exchanges, and gaming platforms.

The analysis identified 1,175 flagged transactions across four blockchain networks (Litecoin, Polygon/MATIC, Solana, and Ethereum) involving two primary gaming operators: Stake.us and BC.Game. All USD valuations reflect fair market value at the time of each respective transaction using contemporaneous exchange rates.

## TOTAL DOCUMENTED MINIMUM DAMAGES

# $53,599.89

Fair market value at time of each transaction | February 2023 — March 2026 This figure represents MINIMUM documented losses. Actual losses may be higher.

| Chain | Transactions | Crypto Amount | USD Loss | Platform |
|---|---|---|---|---|
| Litecoin (LTC) | 450 | 294.475 LTC | $24,015.51 | Stake.us + BC.Game |
| Polygon (MATIC) | 723 | 91,190.60 MATIC | $29,574.35 | Stake.us |
| Solana (SOL) | 1 | 0.025 SOL | $3.81 | Stake.us |
| TRUMP Token | 1 | 0.518 TRUMP | $6.22 | Stake.us |
| Debit Card (USD) | 13+ | N/A | $260.00 | Stake.us (BREEZE') |
| TOTAL | 1,186+ | Multi-chain | $53,859.89 | Stake.us + BC.Game |

## 2. DETAILED DAMAGES BREAKDOWN

### 2.1 Litecoin (LTC) Gambling Losses — $24,015.51

BlocJuris identified 450 Litecoin transactions totaling 294.47509294 LTC in documented gambling deposits across the analysis period. Deposits were traced to known Stake.us and BC.Game LTC deposit addresses. USD equivalent calculated at fair market value at time of each transaction.

| Metric | Value |
|---|---|
| Transaction Count | 450 |
| Total LTC Amount | 294.47509294 LTC |
| USD Equivalent (at time of tx) | $24,015.51 |
| Primary Platform | Stake.us + BC.Game |
| BC.Game LTC Deposit Address | ltc1qqds478nh8p4lr0he4kduj2tmxa880xxfacp8c5 |
| Stake.us LTC Deposit Address | ltc1qpav5n4uhusvy3Sdxjchzqlssvf6gerwjw336d4 |
| Analysis Period | February 2023 — March 2026 |

### 2.2 Polygon/MATIC Gambling Losses — $29,574.35

BlocJuris identified 723 Polygon transactions totaling 91,190.60 MATIC in documented gambling deposits to Stake.us. Funds were traced from Crypto.com through the claimant's Trust Wallet to the Stake.us deposit address. Trust Wallet functioned as a pass-through relay — funds forwarded within minutes of receipt in every documented instance.

| Metric | Value |
|---|---|

| | |
|---|---|
| Transaction Count | 723 |
| Total MATIC Amount | 91,190.60126332856 MATIC |
| USD Equivalent (at time of tx) | $29,574.35 |
| Primary Platform | Stake.us |
| Claimant Trust Wallet | 0xEf4Fb7d6Ef50b5229a5496EDd9DC18E3adB7320A |
| Stake.us MATIC Deposit Address | 0x978f5516b702fa8b1bd3982d29a63121a91cb2b6 |
| Crypto.com Send Address | 0xfa0b641678f5115ad8a8de5752016bd1359681b9 |
| Analysis Period | May 2025 — January 2026 |

## 2.3 Debit Card Losses (BREEZE*Stake) — $260.00

Bank statement analysis revealed 13+ direct debit card charges processed under the merchant descriptor 'BREEZE*Stake*[transaction ID]' on debit card ending *0418. Stake.us processed these transactions through BREEZE LABS INC. as Merchant of Record, deliberately obscuring the gambling nature of the transactions from the issuing bank through false merchant category codes and randomized hexadecimal transaction suffixes.

| Metric | Value |
|---|---|
| Total Debit Card Losses | $260.00 |
| Merchant Descriptor | BREEZE*Stake*[transaction ID] |
| Card | Debit *0418 (Walmart Green Dot) |
| Transaction Period | March 25 — March 31, 2026 |
| Amount Per Transaction | $20.00 each |
| Disputed Amount | $160.00 (dispute filed April 8, 2026) |
| Significance | MCC misclassification — gambling processed as non-gambling retail |

## 3. CONFIRMED GAMING PLATFORM ACTIVITY

| Platform | Documented Deposits | Documented Withdrawals | Net Loss |
|---|---|---|---|
| Stake.us (MATIC/POL) | $29,574.35 | $718.19 (3 events) | $28,856.16 |
| Stake.us (LTC) | $24,015.51 | $1,091.42 (7 events) | $22,924.09 |
| BC.Game (LTC) | 20 confirmed deposits | Not documented | TBD |
| Stake.us (Debit Card) | $260.00 | $0.00 | $260.00 |
| Stake.us (SOL/TRUMP) | $10.03 | $0.00 | $10.03 |
| TOTAL DOCUMENTED | $53,859.89+ | $1,809.61 | $52,050.28+ |

## 4. KEY FORENSIC EVIDENCE

### Polygonscan Transaction Export

738 transactions on Trust Wallet address 0xEf4Fb7d6... from October 2024 — January 2026. Confirms pass-through deposit pattern: Crypto.com → Trust Wallet → Stake.us within minutes on every documented deposit. Amounts match to gas fee precision.

### Crypto.com Account Summary

Platform account statement confirms: Bought $8,289.48 in POL/MATIC, Sent $7,573.08 (primarily to Stake.us), Net Invested $734.78. Current POL balance: $0.00 — consistent with all purchased crypto having been forwarded to Stake.us.

### Stake.us Withdrawal History

Complete lifetime withdrawal history from Stake.us account: 10 total withdrawals (3 POL + 7 LTC) totaling $1,809.61. This represents all funds ever returned to claimant by Stake.us across the entire account lifetime.

### Bank Statement — BREEZE*Stake Charges

Debit card *0418 statement shows 13+ charges under descriptor 'BREEZE*Stake*[ID]' totaling $260.00. Randomized hex suffixes on each transaction engineered to evade bank velocity fraud detection. MCC misclassification confirmed.

### BlocJuris Intelligence Analysis

Full forensic analysis of 1,175 flagged transactions across 4 chains over 3+ years produced documented damages of $53,599.89. Analysis identified 20 institutions and 42 verified fund flow links. SHA-256 certified chain of custody maintained throughout.

### LTC Blockchain — BC.Game Deposits

20 confirmed deposit transactions to BC.Game LTC wallet ltc1qqds478nh8p4lr0he4kduj2tmxa880xxfacp8c5 documented on public Litecoin blockchain. Represents systematic gambling activity at second platform.

## 5. CLAIM STATEMENT

| Item | Amount / Status |
| --- | --- |
| Documented Minimum Loss | $53,599.89 USD |
| BC.Game losses | Partially documented — full amount subject to discovery |
| Debit card disputes | $260.00 — dispute in progress with Green Dot |
| Additional pending | Institution data request responses outstanding |
| Scope note | Figure represents MINIMUM documented damages. Actual losses expected to exceed $53,599.89 upon receipt of all outstanding institution responses. |

## 6. CERTIFICATION AND DISCLAIMER

BlocJuris Intelligence Platform hereby certifies that the damages calculation contained in this report is based on comprehensive forensic analysis of blockchain transactions and represents documented, quantifiable losses. All figures are derived from authoritative transaction data and calculated using fair market valuations at the time of each transaction.

This report does not constitute legal advice. No legal conclusions are drawn beyond factual observations of publicly verifiable blockchain data and platform-provided account records. All statements are capable of independent verification by any qualified blockchain forensic investigator.

| | |
|---|---|
| Report Version: | 2.0 — Final (Civil Litigation) |
| Generated: | April 10, 2026 at 01:43:48 UTC |
| Platform: | BlocJuris Intelligence v1.0 \| blocjuris.com |
| Custody Hash: | b557c4b2e2737c41ff52ce49389243cd12f3bda42f8f1497df7adc0ce68d1 |
| Transactions Analyzed: | 1,175 flagged \| 4,912 total |
| Institutions Identified: | 20 |
| Fund Flow Links: | 42 verified |

EXHIBIT
B

CN-2026-64



3:04

‹    Debit *0418    •••

**Add money**

Lock debit card

⎯⎯saction

🔍 Search

| | | |
|---|---|---|
| **DIRECT AUTO INS** | **-$45.26** | › |
| Apr 5 | $1.96 | |
| **WALMART.COM 8009256278** | **+$25.91** | › |
| Apr 2 | $47.22 | |
| **Walmart Neighborhood M...** | **+$20.00** | › |
| Apr 1 | $21.31 | |
| **BREEZE*Stake*71d9** | **-$20.00** | › |
| Mar 31 | $1.31 | |
| **BREEZE*Stake*caf7** | **-$20.00** | › |
| Mar 31 | $41.31 | |
| **BREEZE*Stake*918c** | **-$20.00** | › |
| Mar 31 | $21.31 | |
| **CVS 4835, Northport AL** | **+$20.00** | › |
| Mar 30 | $61.31 | |
| **Walmart Supercenter 2306...** | **+$41.00** | › |
| Mar 30 | $41.31 | |
| **BREEZE*Stake*6067** | **-$20.00** | › |
| Mar 30 | $0.31 | |

FILED

APR 14 2026

MAGARIA H. BOBO
CIRCUIT CLERK & REGISTER



**3:04**

< **Debit \*0418** ...

# Transactions

🔍 Search



**BREEZE\*Stake\*fb79**
Mar 30

**-$20.00** >
$20.31

**CVS 4835, Northport AL**
Mar 29

**+$30.00** >
$40.31



**BREEZE\*Stake\*9579**
Mar 27

**-$20.00** >
$10.31



**BREEZE\*Stake\*0504**
Mar 26

**-$20.00** >
$30.31



**CLOUDFLARE**
Mar 26

**-$10.46** >
$50.31



**Walmart Supercenter 230...**
Mar 26

**+$25.00** >
$60.77



**Transfer from Vault: Dustin**
Mar 26

**+$25.00** >
$35.77



**BREEZE\*Stake\*faeb**
Mar 25

**-$20.00** >
$30.77



**BREEZE\*Stake\*2fc0**
Mar 25

**-$20.00** >
$10.77



**BREEZE\*Stake\*76e3**
Mar 25

**-$20.00** >
$50.77



**BREEZE\*Stake\*dd8e**
Mar 25

**-$20.00** >
$70.77



EXHIBIT C

CN-2026-64

FILED

APR 14 2026

MAGARIA H. BOBC
CIRCUIT CLERK & REGISTER

EXHIBIT D

CV-2026-64



| Date | Amount |
|---|---|
| October 16, 2025 | 1380.981229... |
| August 20, 2025 | 1397.692517... |
| August 5, 2025 | 573.12872402 |
| July 13, 2025 | 3.10846502 |
| March 11, 2025 | 1.76706240 |
| September 2, 2024 | 1.20325662 |
| June 14, 2024 | 0.78434201 |
| June 9, 2024 | 1.34287500 |
| May 8, 2024 | 3.14910375 |
| March 20, 2024 | 1.27720972 |

Browse    Games    Chat    Casino

stake.us

FILED

APR 14 2026

MAGARIA H. BOBC
CIRCUIT CLERK & REGISTER

1 of 1

4/14/26, 11:24

☰    📖 **Guides**          **Ask AI**            EXHIBIT E

Reported Fraud

# Reported Fraud

CN-2026-64

FILED

APR 1 4 2026

MAGARIA H. BOBC
CIRCUIT CLERK & REGISTER

▪  Contact your integration engineer if you wish to receive FRAUD_REPORTED webhooks

## Overview

Reported Fraud represents early fraud signals received by us, as the merchant of record, from card issuers and card networks indicating that a transaction is suspected to be fraudulent.

These reports are generated using issuer-provided fraud data from the following sources: • Visa TC40 reports • Mastercard SAFE reports

Issuers may report transactions as fraudulent without raising a chargeback. This can occur when the fraud amount is low, or when the transaction was authenticated using 3D Secure, where liability may already be shifted.

When we receive a reported fraud signal for a payment processed on your behalf, we make this information available to you so that you can take appropriate action within your own systems. In some cases, this may allow you to proactively refund a fraudulent payment before it escalates into a formal dispute or chargeback or flag the account for additional review.

## How to access Reported Fraud

### Dashboard

You can view and filter reported fraud events for your payments in the Merchant Dashboard at: https://dashboard.breeze.cash/fraud-reports

### Webhooks

When we receive a reported fraud signal from card issuers or card networks, we send a FRAUD_REPORTED webhook to notify you that a payment has been reported as potentially

fraudulent.

## Webhook Payload

| Fields | Type | Description |
|---|---|---|
| type | string | Webhook Type: FRAUD_REPORTED |
| signature | string | Webhook signature for verification |
| data.pageId | string | Reference to the original payment associated with the reported fraud |
| data.clientReferenceId | string | The reference you provided when creating the payment, which can be used to associate the fraud report with your internal records |
| data.fraudReportId | string | The unique identifier of the fraud report. You can use this identifier to retrieve additional details by sending a GET request to the Reported Fraud API (see Programmatic Access below) |
| data.fraudReason | string | A descriptive reason indicating why the payment was reported as fraud by the issuer or network |

### Example Webhook Payload

JSON

```
{
  "type": "FRAUD_REPORTED",
  "data": {
    "pageId": "page_0cc9885f145bb22b",
    "clientReferenceId": "741ff0e2-b4c2-4986-97d9-c0afe964a840",
    "fraudReportId": "pay_aqg5fwro7pcupdlv6idatovwbi",
    "fraudReason": "Card Not Present Fraud"
  },
  "signature": "eos8aMtTz1zTVUK5tq4N/e+Iem40/ba9FeT02cgzV/k="
}
```

Refer to https://docs.breeze.cash/docs/webhooks#-webhook-security for signature validation.

## Programmatic Access

You can retrieve reported fraud information programmatically using the Reported Fraud API. This allows you to list and search reported fraud events, or retrieve detailed information about a specific fraud report.

Case 7:26-cv-01280-JHE    Document 1-2    Filed 07/21/26    Page 40 of 71

## List Reported Frauds

cURL

```
curl -X GET 'https://api.breeze.cash/v1/fraud_reports' \
  -u "YOUR_API_KEY:" \
  --header 'Content-Type: application/json' \
```

A successful response will look like:

JSON

```
{
    "status": "SUCCEEDED",
    "data": {
        "checkoutFraudReports": [
            {
                "checkoutPaymentId": "pay_aqg5fwro7pcupdlv6idatovwbi",
                "clientReferenceId": "741ff0e2-b4c2-4986-97d9-c0afe964a840",
                "fraudAmountUSD": "5",
                "fraudReason": "Card Not Present Fraud",
                "fraudIssueDate": "2024-06-24 00:00:00",
                "transactionDate": "2024-06-17 10:12:11",
                "issuingBank": "TEST BANK",
                "cardholderName": "Charlie Becker",
                "customerEmail": "charlie.becker@gmail.cash",
                "cardSchemeType": "DEBIT",
                "cardNumber": "424242******4242"
            }
        ],
        "count": 1,
        "hasMore": false
    }
}
```

You can specify the following request parameters for pagination and filtering

- Retrieving the first 20 reported frauds: `pagination[offset]=0&pagination[limit]=20`
- Retrieving a specific reported fraud with ID: `filters[checkoutPaymentId]=<id>`
- Retrieving the first 20 reported frauds issued in a date range:
  `filters[fraudIssueDateRange]`
  `[start]=2026-01-01+00:00:00&filters[fraudIssueDateRange]`
  `[end]=2026-01-09+00:00:00&pagination[offset]=0&pagination[limit]=20`

## Retrieve a reported fraud

DOCUMENT 6
Case 7:26-cv-01280-JHE    Document 1-2    Filed 07/21/26    Page 41 of 71

cURL

```
curl -X GET 'https://api.breeze.cash/v1/fraud_reports/:id' \
    -u "YOUR_API_KEY:" \
    --header 'Content-Type: application/json' \
```

A successful response will look like this:

JSON

```
{
    "status": "SUCCEEDED",
    "data": {
        "checkoutFraudReport": {
            "checkoutPaymentId": "pay_aqg5fwro7pcupdlv6idatovwbi",
            "clientReferenceId": "741ff0e2-b4c2-4986-97d9-c0afe964a840",
            "fraudAmountUSD": "5",
            "fraudReason": "Card Not Present Fraud",
            "fraudIssueDate": "2024-06-24 00:00:00",
            "transactionDate": "2024-06-17 10:12:11",
            "issuingBank": "TEST BANK",
            "cardholderName": "Charlie Becker",
            "customerEmail": "charlie.becker@gmail.cash",
            "cardSchemeType": "DEBIT",
            "cardNumber": "424242******4242"
        }
    }
}
```

Updated 3 months ago

← Disputes

Testing →

Did this page help you?   👍 Yes   👎 No

4/14/26, 03:25

CN -2026-64

EXHIBIT F

| | |
|---|---|
| **Operator** | Mountberg B.V. |
| **Website** | stakes.com |
| **License Holder** | Antillephone N.V. |
| **License Number** | 8048/JAZ |
| **Valid Sub-License Until** | Nov 28, 2024 |
| **Current Application Status** | On Hold |

FILED

APR 14 2026

MACARIA H. BOBC
CIRCUIT CLERK & REGISTER

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
CASE NO. CN-2026-64

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff Dustin Tyler James moves for leave to file a First Amended Complaint under
Ala. R. Civ. P. 15(a). No defendant has answered. The amendment adds factual allegations
(¶¶ 32B–32F) establishing the multi-jurisdiction regulatory notice timeline demonstrating
willful and knowing conduct by BREEZE LABS INC., directly relevant to treble damages
under the ADTPA and punitive damages for fraud.

New Paragraphs 32B–32F

¶ 32B – NY Attorney General (2023): The New York Attorney General issued regulatory
notice to payment processors regarding illegal gambling activity involving Stake.us.
BREEZE, registered in New York, had actual or constructive notice. Continued processing
constitutes willful violation.

¶ 32C – California AB831 (2024): California enacted AB831 targeting illegal sweepstakes
casinos and identifying Stake.us in legislative history. BREEZE continued processing
California transactions after enactment, exposing itself to California criminal liability.

¶ 32D – Illinois Gaming Board (2024): The Illinois Gaming Board issued compliance
notices to processors facilitating sweepstakes casino transactions. BREEZE received
notice and continued processing.

¶ 32E – Los Angeles City Attorney (2025): In LASC Case No. 25STCV25304, the Los
Angeles City Attorney filed an enforcement action against Stake.us (represented by
Susman Godfrey LLP). BREEZE had actual notice of pending litigation against its
merchant.

¶ 32F – Willfulness: The foregoing notices, spanning four jurisdictions over two years,
establish that BREEZE's continued processing was willful and knowing, defeating any
good-faith defense and supporting punitive damages.

Respectfully submitted,

_____
Dustin Tyler James, Pro Se
4105 41st Ave
Northport, AL 35473

FILED

APR 24 2026

MAGARIA H. BOBO
CIRCUIT CLERK & REGISTER

Microsoft Copilot: Your AI companion

https://copilot.microsoft.com/chats/zg2vxP7EqBv1hQiQ...

**Tuscaloosa County Circuit Clerk**

714 Greensboro Ave

Tuscaloosa, AL 35401

**Re: Case No. CN-2026-64 — Request to Link AlaFile Account**

**Dear Clerk,**

I am the pro se plaintiff in **Case No. CN-2026-64.**

My AlaFile account (email: **dustinames@nextaitrust.com**) is currently not linked to this case.

Please add my AlaFile account as a party to Case No. **CN-2026-64** so I may view filings and submit future documents electronically.

Thank you for your assistance.

**Sincerely,**

Dustin Tyler James

4105 41st Ave

Northport, AL 35473

ELECTRONICALLY FILED
5/4/2026 1:40 PM
63-CV-2026-000064.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

### IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

| | |
|---|---|
| JAMES DUSTIN TYLER, | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No.:    CV-2026-000064.00 |
| | ) |
| GAMING OPERATIONS, D/B/A STAKE.US, | ) |
| SWEEPSTAKES LIM, | |
| BREEZE LABS,INC, | ) |
| Defendants. | ) |

### ORDER

AFFIDAVIT OF HARDSHIP filed by JAMES DUSTIN TYLER is hereby GRANTED.

**DONE this 4th day of May, 2026.**

**/s/ JAMES H. ROBERTS JR.**
**CIRCUIT JUDGE**



AlaFile E-Notice

63-CV-2026-000064.00

Judge: JAMES H. ROBERTS JR.

To:  JAMES DUSTIN TYLER (PRO SE)
4105 41ST AVENUE
NORTHPORT, AL, 35473-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

DUSTIN TYLER JAMES VS GAMING OPERATIONS, D/B/A STAKE. US,SWEEPSTAKES
63-CV-2026-000064.00

A court action was entered in the above case on 5/4/2026 1:40:49 PM

ORDER

[Filer: ]

Disposition:    GRANTED
Judge:          JHR

Notice Date:    5/4/2026 1:40:49 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-464-8260
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2026-000064.00

Judge: JAMES H. ROBERTS JR.

To:   GAMING OPERATIONS, D/B/A STAKE.US, SWEEPSTAKES LIM (P

, AL, 00000-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

DUSTIN TYLER JAMES VS GAMING OPERATIONS, D/B/A STAKE. US,SWEEPSTAKES
63-CV-2026-000064.00

A court action was entered in the above case on 5/4/2026 1:40:49 PM

ORDER

[Filer: ]

Disposition:      GRANTED
Judge:            JHR

Notice Date:      5/4/2026 1:40:49 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-464-8260
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2026-000064.00

Judge: JAMES H. ROBERTS JR.

To:  BREEZE LABS,INC (PRO SE)
C/O THE CORPORATION
382 NE 191ST ST,#425699
MIAMI, FL, 33179-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

DUSTIN TYLER JAMES VS GAMING OPERATIONS, D/B/A STAKE. US,SWEEPSTAKES
63-CV-2026-000064.00

A court action was entered in the above case on 5/4/2026 1:40:49 PM

ORDER

[Filer: ]

| | |
|---|---|
| Disposition: | GRANTED |
| Judge: | JHR |
| Notice Date: | 5/4/2026 1:40:49 PM |

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-464-8260
magaria.bobo@alacourt.gov

ELECTRONICALLY FILED
5/14/2026 3:45 PM
63-CV-2026-000064.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

## IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

| | |
|---|---|
| JAMES DUSTIN TYLER, | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No.:    CV-2026-000064.00 |
| | ) |
| GAMING OPERATIONS, D/B/A | ) |
| STAKE.US, SWEEPSTAKES LIM, | ) |
| BREEZE LABS,INC, | ) |
| Defendants. | ) |

## ORDER

MOTION FOR SERVICE OF PROCESS-DIRECT SERVICE ON BREEZE LABS, INC
AND ALTERNATIVE SERVICE ON FOREIGN DEFENDANTS filed by JAMES DUSTIN
TYLER is hereby DENIED.

**DONE this 14th day of May, 2026.**

**/s/ JAMES H. ROBERTS JR.**
**CIRCUIT JUDGE**



AlaFile E-Notice

63-CV-2026-000064.00

Judge: JAMES H. ROBERTS JR.

To:  JAMES DUSTIN TYLER (PRO SE)
     4105 41ST AVENUE
     NORTHPORT, AL, 35473-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

DUSTIN TYLER JAMES VS GAMING OPERATIONS, D/B/A STAKE. US,SWEEPSTAKES
63-CV-2026-000064.00

A court action was entered in the above case on 5/14/2026 3:45:15 PM

ORDER

[Filer: ]

Disposition:    DENIED
Judge:          JHR

Notice Date:    5/14/2026 3:45:15 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-464-8260
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2026-000064.00

Judge: JAMES H. ROBERTS JR.

To:   GAMING OPERATIONS, D/B/A STAKE.US, SWEEPSTAKES LIM (P

, AL, 00000-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

DUSTIN TYLER JAMES VS GAMING OPERATIONS, D/B/A STAKE. US,SWEEPSTAKES
63-CV-2026-000064.00

A court action was entered in the above case on 5/14/2026 3:45:15 PM

ORDER

[Filer: ]

| | |
|---|---|
| Disposition: | DENIED |
| Judge: | JHR |
| Notice Date: | 5/14/2026 3:45:15 PM |

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-464-8260
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2026-000064.00

Judge: JAMES H. ROBERTS JR.

To:  BREEZE LABS,INC (PRO SE)
C/O THE CORPORATION
382 NE 191ST ST,#425699
MIAMI, FL, 33179-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

DUSTIN TYLER JAMES VS GAMING OPERATIONS, D/B/A STAKE. US,SWEEPSTAKES
63-CV-2026-000064.00

A court action was entered in the above case on 5/14/2026 3:45:15 PM

ORDER
[Filer: ]

Disposition:     DENIED
Judge:           JHR

Notice Date:     5/14/2026 3:45:15 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-464-8260
magaria.bobo@alacourt.gov

### IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

**DUSTIN TYLER JAMES,**

Plaintiff,

**Case N ⍉ CV-2026-000064.00**

v.

Judge James H. Roberts

**GAMING      OPERATIONS      d/b/a
STAKE.US,**

**SWEEPSTAKES LIMITED, and**

**BREEZE LABS INC.,**

Defendants.

**PLAINTIFF'S RENEWED MOTION
FOR SERVICE OF PROCESS
ON ALL DEFENDANTS**

**FILED**

**MAY 2 6 2026**

MAGARIA H. BORG
CIRCUIT CLERK & REGISTER

## PLAINTIFF'S RENEWED MOTION FOR SERVICE OF PROCESS ON ALL DEFENDANTS

**COMES NOW** Plaintiff Dustin Tyler James, pro se, and respectfully moves this Court for an order authorizing service of process on all three Defendants in the above-captioned matter. In support thereof, Plaintiff states:

## I. INTRODUCTION AND REASON FOR RENEWED MOTION

This Court previously denied Plaintiff's motion for service of process. At the time of that filing, Plaintiff had not yet identified domestic service addresses for Defendants Gaming Operations d/b/a Stake.us and Sweepstakes Limited, necessitating a request for alternative service. That impediment has been resolved. Plaintiff has since identified domestic United States addresses for all three Defendants through public records research, corporate filings, and published documentation. All three Defendants now have domestic addresses at which service can be accomplished through standard means under Ala. R. Civ. P. 4. No alternative service is required.

## II. DOMESTIC SERVICE ADDRESSES — ALL THREE DEFENDANTS

Plaintiff has identified the following domestic United States service addresses for all three Defendants:

| Defendant | Domestic Service Address | Basis for Address |
|---|---|---|
| Gaming Operations d/b/a Stake.us (Mountberg B.V., Curaçao) | 13101 Preston Road Suite 110-5027 Dallas, TX 75240 | Published U.S. operations address documented in publicly available records and payment processing disclosures identifying Stake.us's domestic contact address |
| Sweepstakes Limited (Cyprus HE 436222) | 13101 Preston Road Suite 110-5027 Dallas, TX 75240 | Same domestic address as Gaming Operations — Sweepstakes Limited operates as part of the same Easygo Holdings enterprise with shared U.S. operational presence at this address |
| BREEZE LABS INC. (Delaware — NY DOS ID 7743828) | 382 NE 191st St #425699 Miami, FL 33179 | Registered domestic service address per Delaware corporate records and public filings. BREEZE LABS INC. is a U.S. domestic corporation with a domestic service address. |

## III. LEGAL BASIS FOR SERVICE

### A. Service on BREEZE LABS INC. — Domestic Corporation

BREEZE LABS INC. is a Delaware corporation registered to do business domestically. Service may be accomplished by any of the following methods under Ala. R. Civ. P. 4(c):

(1) Personal service on an officer, managing or general agent, or any other agent authorized by appointment or by law to receive service of process, delivered to 382 NE 191st St #425699, Miami, FL 33179;

(2) Certified mail, return receipt requested, addressed to BREEZE LABS INC. at its domestic service address; or

(3) Service through the Alabama Secretary of State under Ala. Code § 6-4-2, for a foreign corporation doing business in Alabama through its payment processing services directed at Alabama consumers.

### B. Service on Gaming Operations d/b/a Stake.us — Foreign Corporation with Domestic Address

Gaming Operations d/b/a Stake.us, while incorporated offshore as Mountberg B.V. (Curaçao), operates and directs its business activities at a domestic United States address at 13101 Preston Road, Suite 110-5027, Dallas, TX 75240. Service on a foreign corporation with a domestic business address may be accomplished under Ala. R. Civ. P. 4(f) governing service on foreign defendants, and under the Alabama long-arm statute, Ala. R. Civ. P. 4.2, which authorizes service on any party whose acts give rise to a cause of action within Alabama.

Stake.us directed its gambling operations at Alabama consumers, processed Alabama consumer payments, and caused injury in Alabama across 1,175 documented transactions. Stake.us is subject to personal jurisdiction in Alabama and may be served at its domestic Dallas address through certified mail, return receipt requested, pursuant to Ala. R. Civ. Γ. 4(i)(2).

## C. Service on Sweepstakes Limited — Foreign Corporation with Domestic Address

Sweepstakes Limited (Cyprus HE 436222) operates as part of the Easygo Holdings enterprise and shares the domestic Dallas address at 13101 Preston Road, Suite 110-5027, Dallas, TX 75240 with Gaming Operations d/b/a Stake.us. Service may be accomplished by the same methods as Gaming Operations under Ala. R. Civ. P. 4.2 and 4(i)(2).

In the alternative, if service at the Dallas address is unsuccessful for either Gaming Operations or Sweepstakes Limited, Plaintiff requests authorization to effect service through the following additional methods:

(1) Service on the registered agent or officer of the entity in any state where the entity is registered to conduct business;

(2) Service by international certified mail to the entities' known foreign addresses, pursuant to Ala. R. Civ. P. 4(f)(1) and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents (Cyprus is a Hague Convention signatory; Curaçao service is effected through the Netherlands as the Kingdom);

(3) Service through publication in a newspaper of general circulation in Tuscaloosa County, Alabama, pursuant to Ala. R. Civ. P. 4.3, if the Court finds that personal or mail service cannot be accomplished after diligent effort.

## IV. PLAINTIFF'S PROPOSED SERVICE PLAN

Plaintiff proposes to effect service on all three Defendants simultaneously as follows, within 14 days of this Court's order granting service:

| Defendant | Method | Address | Timeline |
|---|---|---|---|
| BREEZE LABS INC. | Certified Mail — Return Receipt Requested AND Process server — personal delivery | 382 NE 191st St #425699 Miami, FL 33179 | Within 14 days of order |
| Gaming Operations d/b/a Stake.us | Certified Mail — Return Receipt Requested to domestic U.S. address | 13101 Preston Road Suite 110-5027 Dallas, TX 75240 | Within 14 days of order |
| Sweepstakes Limited | Certified Mail — Return Receipt Requested to domestic U.S. address (same as Gaming Operations) | 13101 Preston Road Suite 110-5027 Dallas, TX 75240 | Within 14 days of order |

Plaintiff will file proof of service (return receipts and affidavits of service) with the Court promptly upon completion of service on each Defendant.

## V. PLAINTIFF'S STATUS — IFP AND DISABILITY

This Court has previously granted Plaintiff's motion to proceed in forma pauperis. Plaintiff is legally blind and receives SSDI. Plaintiff is proceeding pro se and respectfully requests that this Court liberally construe this motion and the proposed service plan, consistent with the principle that pro se filings are held to less stringent standards than formal pleadings drafted by lawyers. Erickson v. Pardus, 551 U.S. 89, 94 (2007).

Plaintiff further notes that the prior denial of service — which occurred when Plaintiff lacked domestic addresses for the foreign defendants — has caused delay in the prosecution of this case. Plaintiff has diligently pursued identification of domestic service addresses and now presents those addresses to the Court. Plaintiff requests expedited consideration of this renewed motion to avoid further delay.

## VI. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order:

1. Authorizing service of process on BREEZE LABS INC. by certified mail, return receipt requested, and/or personal delivery by process server at 382 NE 191st St #425699, Miami, FL 33179;

2. Authorizing service of process on Gaming Operations d/b/a Stake.us by certified mail, return receipt requested, at 13101 Preston Road, Suite 110-5027, Dallas, TX 75240, and, if unsuccessful, by such alternative methods as the Court deems appropriate;

3. Authorizing service of process on Sweepstakes Limited by certified mail, return receipt requested, at 13101 Preston Road, Suite 110-5027, Dallas, TX 75240, and, if unsuccessful, by such alternative methods as the Court deems appropriate;

4. Requiring Plaintiff to file proof of service within 30 days of the date of this Order; and

5. Granting such other and further relief as this Court deems just and proper.

---

## PLAINTIFF'S CERTIFICATION REGARDING SERVICE ADDRESSES

I, Dustin Tyler James, declare under penalty of perjury that the domestic service addresses stated in this motion are accurate to the best of my knowledge and belief, based on my research of public corporate records, published business addresses, and documents produced in this litigation. I am committed to effecting service promptly upon receipt of this Court's order.

**Dustin Tyler James**
Pro Se Plaintiff
4105 41st Avenue, Northport, Alabama 35473
dustinjames@nextaitrust.com | 205-393-2906

Date: 5-20-2021

---

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Renewed Motion for Service of Process has been filed with the Clerk of the Circuit Court of Tuscaloosa County, Alabama, and that notice of this filing has been provided to Defendants at the domestic addresses identified herein by United States Mail, first-class postage prepaid, on the date indicated above.

Dustin Tyler James

**DUSTIN TYLER JAMES**

4105 41st Avenue

Northport, Alabama 35473

dustinjames@nextaitrust.com

205-393-2906

May 20, 2026



**VIA HAND DELIVERY**

Clerk of Court

Circuit Court of Tuscaloosa County, Alabama

Civil Division

714 Greensboro Avenue

Tuscaloosa, Alabama 35401

---

**Re:** Request for Assistance — AlaFile Electronic Filing Access

James v. Gaming Operations d/b/a Stake.us et al., Case No. CV-2026-000064.00

Plaintiff: Dustin Tyler James — Pro Se — Legally Blind — IFP Granted

---

**Dear Clerk of Court:**

I am the pro se plaintiff in the above-referenced civil action. This Court previously granted my motion to proceed in forma pauperis. I am writing to request your assistance in resolving a problem with my AlaFile electronic filing account that is preventing me from filing documents electronically in this case.

**The Problem.** My AlaFile account was approved and activated. However, when I attempt to access the system, I am unable to connect my account to the docket for Case No. CV-2026-000064.00. I believe this may be related to the case number discrepancy described in the Notice of Case Number Correction

I am filing simultaneously with this letter — prior filings were submitted under CN-2026-64, and the account may not be linked to the corrected number CV-2026-000064.00.

**My Disability.** I am legally blind. I rely on assistive technology to access digital systems. Difficulties with electronic filing systems present particular challenges for me, and I have not been able to resolve this issue independently through the AlaFile portal.

**What I Am Requesting.** I respectfully request that the Clerk's office:

1. Confirm that my AlaFile account (registered to dustinjames@nextaitrust.com) is properly linked to Case No. CV-2026-000064.00 under the corrected case number format;

2. If the account is not properly linked, assist me in connecting it to the correct docket so that I may file documents electronically going forward; and

3. If electronic access cannot be restored promptly, confirm the correct procedure for paper filing in this case, including the address for certified mail filing and whether hand delivery to the clerk's window is accepted.

I understand that pro se litigants are generally required to file through AlaFile once an account is established. I am committed to using electronic filing and am asking only for assistance in correcting a technical access problem that I have not been able to resolve on my own.

**Contact Information.** I can be reached by email at dustinjames@nextaitrust.com or by phone at 205-393-2906. I am available to come to the clerk's office in person if that would help resolve the issue more quickly.

Thank you for your assistance. I appreciate the Court's patience and understanding given my circumstances.

---

Respectfully submitted,

**Dustin Tyler James**
Pro Se Plaintiff
4105 41st Avenue, Northport, Alabama 35473
dustinjames@nextaitrust.com | 205-393-2906

Date: May 20, 2026

---

***Note to Clerk:*** *This letter is submitted simultaneously with (1) Plaintiff's Notice of Case Number Correction and (2) Plaintiff's Renewed Motion for Service of Process. Please docket all three documents under Case No. CV-2026-000064.00.*

## IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

**DUSTIN TYLER JAMES,**

Plaintiff,

**Case No. CV-2026-000064.00**

v.

Judge James H. Roberts

**GAMING     OPERATIONS     d/b/a
STAKE.US,**

**SWEEPSTAKES LIMITED, and**

**BREEZE LABS INC.,**

Defendants.



MAY 2 6 2026

MAGARIA H. BOBO
CIRCUIT CLERK & REGISTER

## PLAINTIFF'S NOTICE OF CASE NUMBER CORRECTION

### TO THE CLERK OF COURT AND ALL PARTIES:

Plaintiff Dustin Tyler James respectfully submits this Notice to inform the Court that all prior filings in this matter were submitted using the case number CN-2026-64, which was the number provided to Plaintiff verbally by the Clerk's office at the time this action was filed and Plaintiff's in forma pauperis status was granted.

Plaintiff has since been informed by the Clerk's office that the correct formatted docket number for this case is CV-2026-000064.00. Plaintiff did not independently generate or choose the number CN-2026-64 — it was communicated to Plaintiff by court staff an used in good faith in all filings from the date of filing through the present.

Plaintiff respectfully requests that the Court's docket reflect that all prior filings submitted under case number CN-2026-64 are filings in Case No. CV-2026-000064.00. The two designations refer to the same action, the same parties, and the same docket. All future filings by Plaintiff will use the correct formatted number CV-2026-000064.00.

No substantive rights of any party are affected by this correction. This Notice is submitted solely to ensure consistent docket identification going forward.

---

Respectfully submitted,

**Dustin Tyler James**
Pro Se Plaintiff
4105 41st Avenue, Northport, Alabama 35473
dustinjames@nextaitrust.com | 205-393-2906

Date: S-20-2026

DOCUMENT 3

Original

| State of Alabama Unified Judicial System | SUMMONS -CIVIL- | Court Case Number |
|---|---|---|
| Form C-34    Rev. 4/2017 | | CV - 2026 - 64 |

IN THE **Circuit** COURT OF **Tuscaloosa** COUNTY, ALABAMA
*(Circuit, District, or Juvenile)*                                      *(Name of County)*

**Dustin Tyler James**    v.    **BREEZE LABS Inc**

*[Name(s) of Plaintiff(s)]*                              *[Name(s) of Defendant(s)]*

NOTICE TO: **Breeze LABS C/o The Corporation 282 NE 191 st. #425694 Miami fl 33179**

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), **PRO SE** , WHOSE

ADDRESS(ES) IS/ARE: **4105 41st Ave N Tuscaloosa, AL 25472**

*[Name(s) of Attorney(s)]*

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN **30** DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**FILED**

TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:    **APR 14 2026**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.    **MAGARIA HAMNER BOBO CIRCUIT CLERK & REGISTER**

☐ Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*

pursuant to the Alabama Rules of Civil Procedure.

**05/28/2026**                    **Magaria H. Bobo**    By: _____
*(Date)*                          *(Signature of Clerk)*         *(Name)*

☐ Certified Mail is her

| | |
|---|---|
| ☐ Return receipt of cert | |
| ☐ I certify that I person: | |
| _____ *(Name* | |
| Alabama on _____ | |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery    $ _____
☐ Adult Signature Required    $ _____
☐ Adult Signature Restricted Delivery $ _____
Postmark Here
Postage
$
Total Postage and Fees
$ **1.00**
Sent To **Breeze Labs, Inc.**
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, January 2023    See Reverse for Instructions

*(Type of Process Server)*

r document to _____
_____ County,

ELECTRONICALLY FILED
6/3/2026 4:07 PM
63-CV-2026-000064.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

# IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

| | | |
|---|---|---|
| JAMES DUSTIN TYLER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No.:    CV-2026-000064.00 |
| | ) | |
| GAMING OPERATIONS, D/B/A | ) | |
| STAKE.US, SWEEPSTAKES LIM, | ) | |
| BREEZE LABS,INC, | ) | |
| Defendants. | ) | |

## ORDER

The Plaintiff's Renewed Motion for Service of Process on All Defendants is hereby GRANTED.


**DONE this 3rd day of June, 2026.**


**/s/ JAMES H. ROBERTS JR.**
**CIRCUIT JUDGE**



AlaFile E-Notice

63-CV-2026-000064.00

Judge: JAMES H. ROBERTS JR.

To:  JAMES DUSTIN TYLER (PRO SE)
     4105 41ST AVENUE
     NORTHPORT, AL, 35473-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

DUSTIN TYLER JAMES VS GAMING OPERATIONS, D/B/A STAKE. US,SWEEPSTAKES
63-CV-2026-000064.00

A court action was entered in the above case on 6/3/2026 4:07:46 PM

ORDER

[Filer: ]

Disposition:   GRANTED
Judge:         JHR

Notice Date:   6/3/2026 4:07:46 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-464-8260
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2026-000064.00

Judge: JAMES H. ROBERTS JR.

To:   GAMING OPERATIONS, D/B/A STAKE.US, SWEEPSTAKES LIM (P

, AL, 00000-0000

---

# NOTICE OF COURT ACTION

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

DUSTIN TYLER JAMES VS GAMING OPERATIONS, D/B/A STAKE. US,SWEEPSTAKES
63-CV-2026-000064.00

A court action was entered in the above case on 6/3/2026 4:07:46 PM

ORDER

[Filer: ]

| | |
|---|---|
| Disposition: | GRANTED |
| Judge: | JHR |
| Notice Date: | 6/3/2026 4:07:46 PM |

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-464-8260
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2026-000064.00

Judge: JAMES H. ROBERTS JR.

To:  BREEZE LABS,INC (PRO SE)
     C/O THE CORPORATION
     382 NE 191ST ST,#425699
     MIAMI, FL, 33179-0000

# NOTICE OF COURT ACTION

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

DUSTIN TYLER JAMES VS GAMING OPERATIONS, D/B/A STAKE. US,SWEEPSTAKES
63-CV-2026-000064.00

A court action was entered in the above case on 6/3/2026 4:07:46 PM

ORDER
[Filer: ]

Disposition:    GRANTED
Judge:          JHR

Notice Date:    6/3/2026 4:07:46 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-464-8260
magaria.bobo@alacourt.gov

Case 7:26-cv-01280-JHE Document 1-2 Filed 07/21/26 Page 69 of 71

DOCUMENT 16

CN-2026-64 Summons

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.

■ Print your name and address on the reverse so that we can return the card to you.

■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Breeze Labs, Inc.
c/o The Corporation
382 NE 191st St, # 425699
Miami, FL 33179

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 9709 5199 0778 14

2. Article Number *(Transfer from service label)*

9589 0710 5270 3785 8578 04

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____

☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ ___ Delivery Restricted Delivery
☐ ___ Mail
☐ ___ Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

DOCUMENT 16

USPS TRACKING #

MIAMI FL 330

9590 9402 9709 5199 0778 14

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

FILE

JUN 15 2026

MAGARIA H. BOBO
CIRCUIT CLERK & REGISTER

Sender: Please print your name, address, and ZIP+4® in this box●

MAGARIA H. BOBO
CIRCUIT CLERK
714 GREENSBORO AVE. ROOM 214
TUSCALOOSA, AL 35401

CN-2026-64   Summons



AlaFile E-Notice

63-CV-2026-000064.00

Judge: JAMES H. ROBERTS JR.

To:  JAMES DUSTIN TYLER (PRO SE)
4105 41ST AVENUE
NORTHPORT, AL, 35473-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

DUSTIN TYLER JAMES VS GAMING OPERATIONS, D/B/A STAKE. US,SWEEPSTAKES
63-CV-2026-000064.00

The following matter was served on 6/15/2026

**D002 BREEZE LABS,INC**
**Corresponding To**
CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-464-8260
magaria.bobo@alacourt.gov